FILED

12/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0530

# IN THE SUPREME COURT OF
# THE STATE OF MONTANA

## Supreme Court Cause No. DA 23-0530

---

MONTANA DEPARTMENT OF
ENVIRONMENTAL QUALITY,

    Plaintiff/Appellee,

    v.

LUKE PLOYHAR, BLUE ARC, LLC.,
OWEN VOIGT, AND LEGACY MINING, LLC,

    Defendants/Appellants.

---

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO TRANSMIT RECORD

---

Pursuant to Appellants' motion for extension of time to file the transcripts and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kelley Barstad is given an extension to and including December 30, 2023, to file the transcripts in this matter.

No further extensions will be granted unless an affidavit from the court reporter is provided with the motion.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 1 2023